COMMONWEALTH of Pennsylvania,
Respondent,

v.

June M. ROBY–SPENCER, Petitioner.

Supreme Court of Pennsylvania.

Oct. 24, 2006.

### ORDER

PER CURIAM.

AND NOW, this 24th day of October, 2006, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following:

Whether the Superior Court erred in failing to evaluate the agreement to move for petitioner's admission into the ARD program as a specific performance of a contract type of action (non-prosecution agreement) and to decide the matter pursuant to the analysis set forth in *Commonwealth v. Stipetich*, 423 Pa.Super. 427, 621 A.2d 606 (1993), and *Commonwealth v. Ginn*, 402 Pa.Super. 405, 587 A.2d 314 (1991).